Cooper's Express, Inc., Respondent, *v.* Yale Transport Corporation, Appellant.

Supreme Court, Appellate Term, First Department, December 1, 1949.

*Harry J. Halperin, Samuel L. Scholer* and *Edward M. Miller* for appellant.

*Casper J. Azzara* and *John T. Noonan* for respondent.

Judgment affirmed, with costs.

Concur: HAMMER, HOFSTADTER and PECORA, JJ.